THE DENTAL PROTECTIVE ASSOCIATION OF THE UNITED STATES, Appellant, *v.* THE INTERNATIONAL TOOTH CROWN COMPANY, Respondent.

*Dental Protective Assn.* v. *International Tooth Crown Co.*, 92 App. Div. 621, affirmed.

(Argued March 6, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Philip B. Adams* and *Charles K. Offield* for appellant.

*Philip C. Peck* and *Walter D. Edmonds* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

WILLIS B. HORTON, Appellant, *v.* ERIE PRESERVING COMPANY, Respondent.

*Horton* v. *Erie Preserving Co.*, 90 App. Div. 255, affirmed.
(Argued March 7, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 21, 1904, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury.

*George E. Towne* for appellant.

*Charles J. Bissell* and *P. M. French* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.